**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHELE BARRETT and ANTHONY DICICCO, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CARGUARD ADMINISTRATION, INC., and ENTERPRISE AUTO SOLUTIONS,<br><br>    Defendants. | Civil Action No. 20-cv-12073-IT |

**DEFENDANT CARGUARD ADMINISTRATION, INC.'S**
**ASSENTED-TO MOTION TO EXTEND ANSWER DEADLINE**

Defendant CarGuard Administration, Inc. ("CarGuard") respectfully moves for a thirty-day extension of its deadline to file a responsive pleading or otherwise defend. As grounds for this motion, CarGuard states as follows:

(1) CarGard was served on November 23, 2020, so its current answer deadline is December 14, 2020.

(2) The undersigned counsel has just been retained to represent CarGuard and needs time to assess the allegations made by Plaintiffs Michele Barrett and Anthony DiCicco ("Plaintiffs").

(3) Counsel for the Plaintiffs has assented to this motion.

WHEREFORE, Defendant CarGuard Administration, Inc. respectfully requests that this Honorable Court extend the deadline CarGuard to answer or otherwise defend until January 14, 2021.

Respectfully submitted,

**DEFENDANT CARGUARD ADMINISTRATION, INC.,**

by its counsel,

*/s/ Robert M. Shaw*
Robert M. Shaw (BBO No. 669664)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
617-305-2018
robert.shaw@hklaw.com

Dated: December 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants listed therein on this 8th day of December 2020.

*/s/ Robert M. Shaw*
Robert M. Shaw