UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE BARRETT and<br>ANTHONY DICICCO,<br><br>    Plaintiffs,<br><br>v.<br><br>CARGUARD ADMINISTRATION, INC.,<br>FIRST EVOLUTION MARKETING, LLC<br>d/b/a/ ENTERPRISE AUTO SOLUTIONS,<br>and MUNIWANTHA DESILVA,<br><br>    Defendants. | Civil Action No. 20-cv-12073-IT |

## ORDER OF DISMISSAL

**TALWANI, D.J.**

    Plaintiffs Michelle Barrett and Anthony Dicicco and Defendant Carguard Administration, Inc., having filed a Stipulation of Dismissal with Prejudice [#36] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in which Plaintiffs dismissed their claims with prejudice against Carguard Administration, Inc., Plaintiffs having filed a Notice of Dismissal without Prejudice [#35] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) in which Plaintiffs have dismissed their claims without prejudice as to Defendants First Evolution Marketing, LLC, and Minuwantha Desilva, and Enterprise Auto Solutions having been named only in Plaintiffs' Complaint [#1] and not in the superseding First Amended Complaint [#30], this action is dismissed and the case is closed.

Date:  May 13, 2021

                                                                      Indira Talwani
                                                                      United States District Judge